UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

US MAGISTRATE COURT
GRG-SDTX
FILED

MAY - 4 2015  3C

David J. Bradley, Clerk
Laredo Division

UNITED STATES OF AMERICA
                Plaintiff

v.                            Case No.  5:15-PO-4969
                            Magistrate Judge GUILLERMO R. GARCIA

OSCAR PEREZ
*TN JOSE RENE FABIAN-PEREZ*
                Defendant

## JUDGMENT

On **May 4, 2015**, the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering the United States illegally, in violation of 8 U.S.C. §1325(a)(1), as charged in the Criminal Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to 180 days confinement.

A $10.00 cost assessment is imposed.

Defendant has 14 days to appeal.

DONE at Laredo, Texas, on **May 4, 2015.**

_____
**GUILLERMO R. GARCIA**
**United States Magistrate Judge**